IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDRE JAMES CLARK, SR., | No. 2:21-CV-1975-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CLEVELAND, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: November 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE