IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMES CLARK, SR., | No. 2:21-CV-1975-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CLEVELAND, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 15, for an extension of time. Plaintiff's motion is denied as unnecessary because, at present, there are no deadlines in this case.

IT IS SO ORDERED.

Dated: June 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1